UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  SACV 18-00557-JLS (DFM)                     Date:  August 1, 2018
Title:  Michelle Hunt et al v. Sunny Delight Beverages Co et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                         Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE ("OSC") and
                        ORDER CONTINUING SCHEDULING CONFERENCE**

On May 11, 2018, the Court set a scheduling conference for July 3, 2018, and ordered counsel to "file a Joint Rule 26(f) Report . . . no later than 14 days before the date set for the scheduling conference."  (Doc. 16 ¶ 1.)  Pursuant to the parties' stipulation, the Court continued the July 3, 2018 conference to August 3, 2018.  (Doc. 24.)

The parties failed to comply with the Court's Order to file their Joint 26(f) Report in advance of the conference.  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 37(b)(2)(A)(v)-(vii), failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or finding the parties in contempt of court for failure to obey a court order.  Monetary sanctions for failure to obey a Court order may be imposed pursuant to the Court's inherent power.

On its own motion, therefore, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or find the parties in contempt for counsel's failure to submit a Joint Rule 26(f) Report.  **No later than August 17, 2018**, counsel shall submit a Joint Rule 26(f) Report and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.

The Court CONTINUES the August 3, 2018 Scheduling Conference to September 7, 2018, at 1:30 p.m.

**IT IS SO ORDERED.**

Initials of Preparer:  __tg___