1  Matthew Borden, Esq. (SBN: 214323)
   borden@braunhagey.com
2  Amit Rana, Esq. (SBN: 291912)
   rana@braunhagey.com
3  BRAUNHAGEY & BORDEN LLP
   351 California Street, Tenth Floor
4  San Francisco, CA 94104
   Telephone: (415) 599-0210
5  Facsimile: (415) 276-1808

6  ATTORNEYS FOR DEFENDANT
   SUNNY DELIGHT BEVERAGES CO.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE HUNT and MALIKA JONES, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SUNNY DELIGHT BEVERAGES CO., a Florida Corporation,<br><br>Defendant. | Case No.  8:18-cv-00557-JLS-DFM<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>[Submitted concurrently with Memorandum of Points and Authorities, Declarations of Jim Gerbo and Matthew Borden, and [Proposed] Order filed and lodged herewith pursuant to L.R. 5-4.4.1]<br><br>**Date:** April 5, 2019<br>**Time:** 10:30 a.m.<br>**Judge:** Hon. Josephine L. Staton |

Case No: 8:18-cv-00557-JLS-DFM
NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT on April 5, 2019 at 10:30 a.m. in Courtroom 10A of the U.S. District Court, Central District of California, located at 411 W. Fourth St., Santa Ana, CA, 92701, 10th Floor, Defendant Sunny Delight Beverages Co., will and hereby does move the Court for an order dismissing Plaintiffs' Second Amended Complaint.

The motion is made pursuant to Federal Rule of Civil Procedure 12(b)(1) on the grounds that this Court lacks subject matter jurisdiction over Plaintiffs' claims, 12(b)(6) on the grounds that Plaintiffs fail to state a claim from which relief can be granted and 28 U.S.C. § 1927 and the inherent powers of the Court on the grounds that Plaintiffs' lawyers should be sanctioned for vexatiously multiplying the proceedings and for bad faith litigation conduct.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 16, 2019. The motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Jim Gerbo and Matthew Borden, the [Proposed] Order, the files and records in this action, and any further evidence and argument that the Court may consider.

Dated: January 29, 2019

BRAUNHAGEY & BORDEN LLP

By: /s/ *Matthew Borden*
    Matthew Borden

Attorneys for Defendant
Sunny Delight Beverages Co.

1   Case No: 8:18-cv-00557-JLS-DFM
NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT