UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:18-cv-00557-JLS-DFM                                              Date: February 01, 2019
Title: Michelle Hunt et al. v. Sunny Delight Beverages Co. et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR STAY OF DISCOVERY (Doc. 64)**

　　Before the Court is an *Ex Parte* Application filed by Defendant Sunny Delight Beverages Co. (App., Doc. 64; Mem., Doc. 64-1.) Although the Application is characterized as a request to stay *all* proceedings, Defendant primarily argues for a stay of discovery pending resolution of its Motion to Dismiss Plaintiffs' Second Amended Complaint, which is set for hearing on April 5, 2019. (Mem. at 1-3; *see also* MTD, Doc. 66.) Indeed, the Application contemplates moving forward with non-discovery proceedings, including briefing and hearing on said Motion to Dismiss. (*See* Mem. at 7.) Defendant contends that Plaintiffs should not have the benefit—and Defendant should not bear the burden—of further discovery prior to the Court's ruling on the sufficiency of the current pleadings in light of the Court's December 18, 2018 Order striking the First Amended Complaint as a sanction for Plaintiffs' pleading of knowingly false allegations. (Mem. at 1-2; *and see* Sanctions Order, Doc. 55 at 7-9.) Defendant further notes that the Court had previously stayed discovery pending Plaintiffs' filing of a compliant pleading. (Mem. at 1-2; *and see* Sanctions Order at 9-10.)

　　Plaintiffs timely filed an opposition. (Opp., Doc. 65.) Plaintiffs' primary objection to a stay of discovery pending resolution of Defendant's Motion to Dismiss is that Plaintiffs would not have adequate discovery to support their anticipated motion for

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:18-cv-00557-JLS-DFM | Date: February 01, 2019 |
| Title: Michelle Hunt et al. v. Sunny Delight Beverages Co. et al. | |

class certification, which is due by March 8, 2019. (*Id.* at 1; *and see* Scheduling Order, Doc. 38 at 2.)

The Court finds that further stay of discovery is in the spirit of the Sanctions Order. Indeed, the Court expressed concern with Plaintiffs receiving "benefits of discovery, favorable Orders and other gains made in this action through dishonesty." (Sanctions Order at 8.) Defendant has promptly filed a motion challenging the Second Amended Complaint and resolution of that challenge will provide the Court an opportunity to determine if its prior concerns have been adequately addressed. As for Plaintiffs' concerns regarding their upcoming motion for class certification, any such prejudice can be alleviated through tolling of the relevant deadlines.

Therefore, Defendant's *Ex Parte* Application is GRANTED; discovery in this action is STAYED. The motion for class certification and related briefing deadlines in the Scheduling Order are TOLLED from the date of this Order through the date of resolution of Defendant's pending Motion to Dismiss.

Initials of Preparer: tg